# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                  Plaintiff,<br><br>v.<br><br>ROBERT ANTONY INGEBRETSON,<br>                  Defendant. | **NOTICE OF APPEARANCE**<br><br><br>Case No:  10-114(5) JRT/RLE |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Joseph Leoni, Attorney ID No. 163053, shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   April 23, 2010

                                                    *s/Katherian D. Roe*
                                                    KATHERIAN D. ROE
                                                    Attorney ID No. 214668
                                                    Attorney for Defendant
                                                    Office of the Federal Defender
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415
                                                    612-664-5858